```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| MEDAVANTE, INC., | : | CIVIL ACTION NO. 06-3248 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| PROXYMED, INC., et al., | : |  |
| Defendants. | : |  |

**THE COURT** being advised that this action has been settled; and thus the Court intending to (1) deny without prejudice the motion for a stay (dkt. entry nos. 40 & 41), the separate motion for reconsideration (dkt. entry no. 54), and the separate motion for a stay (dkt. entry no. 56), (2) dismiss without prejudice the appeal from an order of the Magistrate Judge (dkt. entry no. 58), and (3) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

    s/ Mary L. Cooper  
**MARY L. COOPER**  
United States District Judge